**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 214 WAL 2022 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| CHARLES P. MCCULLOUGH, | : | |
| | : | |
| Petitioner | : | |

**ORDER**

**PER CURIAM**

 **AND NOW**, this 10th day of January, 2023, the Application for Leave to File Supplement to Petition for Allowance of Appeal is **GRANTED**, and the Petition for Allowance of Appeal is **DENIED**.

 Justice Wecht did not participate in the consideration or decision of this matter.